# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK JEROME MAXIE #2288821, Petitioner | CIVIL ACTION NO. 5:22-CV-1832 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 8), and after a de novo review of the record, including the Objection filed by Petitioner (Record Document 9), having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Record Document 4) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 5th day of April, 2023.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**